

# In the Missouri Court of Appeals
## Eastern District

MAY 17, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.     ED101710    STATE OF MISSOURI, RES V TORRIS CASTON, APP

2.     ED102798 STATE OF MISSOURI, RES V RICO J. COMBS, APP

3.     ED102862 L.A.B., RES V B.G.M., APP

4.     ED102982 STATE OF MISSOURI, RES V MEILING KOCH, APP

5.     ED102999 WAYNE GILLESPIE, APP V STATE OF MISSOURI, RES

6.     ED103055 BEVIS SCHOCK, APP V MO BAPTIST MEDICAL CTR, DFT

7.     ED103073 JODY L. GOLDSBERRY, APP V STATE OF MISSOURI, RES

8.     ED103077 KRISTI WHITEHEAD RES V WASHINGTON UNIV, APP

9.     ED103134 PULASKI FINANCIAL CORP, RES V HELEN POLLAK, APP

10.    ED103139 ROBYN L. O'LEARY, APP V TIMOTHY M. O'LEARY, RES

11.    ED103194    RASHEEN D. JOHNSON, APP V STATE OF MISSOURI, RES

12.    ED103195 STANFORD GREENWOOD, APP V STATE OF MISSOURI, RES

13.    ED103462 ENOCH SELLASSIE, APP V STATE OF MISSOURI, RES